

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2015

No. 04-15-00150-CR

Billy **BENAVIDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 09-CRD-122
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 25, 2015. On June 1, 2015, the Clerk of this Court notified appellant's counsel that appellant's brief was late. We ORDER appellant's attorney to file appellant's brief on or before **July 15, 2015**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court